1  HIRSCH ADELL (CSB 34208),
2  J. DAVID SACKMAN (CSB 106703), and
   WILLIAM Y. SHEH (SBN 221275), Members of
3  REICH, ADELL & CVITAN, A Professional Law Corporation
   3550 Wilshire Blvd., Suite 2000
4  Los Angeles, California 90010
   Telephone: (213) 386-3860
5  Facsimile: (213) 386-5583
6  E-Mail:  jds@rac-law.com
   Attorneys for Defendants
7

JS-6

FILED
CLERK, U.S. DISTRICT COURT

FEB 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

8
9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11  PRODUCER TRUSTEES OF THE          ] NO. CV-07-4408 SJO (PJWx)
12  WRITERS' GUILD-INDUSTRY           ]
    HEALTH FUND,                      ] [PROPOSED]
13                                    ] JUDGMENT
14            Plaintiffs              ]
                                      ] Date:  November 26, 2006
15       v.                           ] Time:  10:00 a.m.
                                      ] Ctrm:  880 (Roybal Bldg)
16  WGA TRUSTEES OF THE WRITERS'      ]
17  GUILD-INDUSTRY HEALTH FUND,       ]
                                      ]
18            Defendants.             ]
                                      ]
19                                    ]
                                      ]
20  _____   ]

21

22       The Court, having heard the parties cross-motions for Summary

23  Judgment, after considering all of the evidence and argument presented by the

24
25  parties, finds that there is no material issue of fact, and that the case may be

26  decided as a matter of law, as more fully stated in the Statement of

27  Uncontroverted Facts and Conclusions of Law.  The Court therefore DENIES

28  plaintiffs' motion and GRANTS defendants' motion.

152453.1

ORIGINAL

1      IT IS THEREFORE ORDERED that JUDGMENT be entered, in favor of

2  Defendants WGA TRUSTEES OF THE WRITERS' GUILD-INDUSTRY

3  HEALTH FUND and against Plaintiffs PRODUCER TRUSTEES OF THE

4  WRITERS' GUILD-INDUSTRY HEALTH FUND.

5

6

7      This case is therefore DISMISSED, WITH PREJUDICE.

8

9      IT IS FURTHER ORDERED that no costs or fees are to be awarded to

10 either side in this proceeding.

11

12

13

14 SO ORDERED:

15

16 DATED: _2/70/08_

17

18                                       Hon. S. James Otero
                                         United States District Court Judge
19

20 Submitted By:

21

22 HIRSCH ADELL,
   J. DAVID SACKMAN, and
23 WILLIAM Y. SHEH, Members of
   REICH, ADELL & CVITAN
24 A Professional Law Corporation

25

26 By _____
      J. DAVID SACKMAN
27    Attorneys for Defendants

28

152453.1                              -2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

I served the foregoing document described as **[Proposed] Judgment** on the interested parties by way of United States first class mail by placing

☐ the original    ☒ a true copy thereof

enclosed in a sealed envelope addressed as follows:

Stacy D. Shartin
Daniel J. Fazio
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at __:__ a.m./p.m. to the fax telephone number listed above on _____, at Los Angeles, California.

☐ (By Personal Service) I caused such envelope to be delivered by hand to the offices of the addressee.

☐ (State Court) I declare under penalty of perjury under the laws of the State California that the above is true and correct.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 2, 2007**, at Los Angeles, California.

SHARON BUTOW